In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00423-CV**
_____

**IN THE ESTATE OF JOLE PICCOLI EAKER**

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 19-38550-P**

**MEMORANDUM OPINION**

Clotilde "Tillie" Eaker filed notice of appeal from the trial court's order of October 29, 2019. On December 30, 2019, we notified the parties that the clerk's record had not been filed due to the appellant's failure to pay, or to arrange to pay, the District Clerk's fee for preparing the clerk's record. The notice also warned the appellant that the appeal would be dismissed for want of prosecution unless she established that she paid the fee or needed additional time to do so. None of the parties filed a response.

1

There being no satisfactory explanation for the failure to file the clerk's record, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b); *see also* Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

PER CURIAM

Submitted on February 19, 2020
Opinion Delivered February 20, 2020

Before Kreger, Horton, and Johnson, JJ.